UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARIO GONZALEZ CAMACHO,

Petitioner,

Case No. 26-cv-709-pp

v.

DIRECTOR SAM OLSON,
SECRETARY MARKWAYNE MULLIN,
TODD BLANCHE, TODD M. LYONS
and SHERIFF DALE J. SCHMIDT,

Respondents.

## ORDER APPROVING JOINT STIPULATION FOR DISMISSAL (DKT. NO. 5)

On July 7, 2026, the court issued an order for the respondents to show cause in writing why the petitioner's *habeas* petition should not be granted. Dkt. No. 4. The following day, the parties filed a Joint Stipulation for Dismissal Under Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 5. The parties represent that the petitioner has been granted relief from removal by an immigration judge and has been released from detention.

The court **APPROVES** the joint stipulation to dismiss. Dkt. No. 5.

The court **ORDERS** that the case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(a)(1)(a)(i), without costs or fees to either party.

Dated in Milwaukee, Wisconsin this 14th day of July, 2026.

BY THE COURT:

_____

**HON. PAMELA PEPPER**
**Chief United States District Judge**

1